| | AUSA: | Eaton Brown | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Eric Tometich | Telephone:  (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
   v.

David Alan Morris

Case: 2:26−mj−30275
Assigned To : Unassigned
Assign. Date : 5/13/2026
Description: SEALED MATTER (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 5, 2026 - May 5, 2026 _____ in the county of _____ Wayne _____ in the
_____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | CyberStalking |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*SA Eric Tometich*
_____
*Complainant's signature*

Eric Tometich, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 13, 2026__

City and state: __Detroit, MI__

_____
*Judge's signature*

Hon. Anthony P. Patti, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Eric Tometich, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation, Detroit Division, Ann Arbor Resident Agency, and have been employed as such since 2023. During my career I have been involved or assisted in various federal criminal investigations to include violent crimes, counterterrorism, and counterintelligence. I attended law enforcement training at the FBI Academy in Quantico, Virginia, where I received training in the investigations of violations of federal law, to include the offenses discussed below.

2.      I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510; that is, an officer of the United States of America who is empowered to investigate and make arrests for offenses alleged in this warrant. Based on the facts set forth in this affidavit, there is probable cause to believe that violations 18 U.S.C. § 2261A(2) (Cyberstalking) have been committed by and/or will be committed by DAVID ALAN MORRIS (MORRIS).

### FACTS ESTABLISHING PROBABLE CAUSE

3.      On May 8, 2026, the FBI Ann Arbor RA received information that an Adult Victim (AV) was receiving persistent threatening and harassing mail, emails, and voicemails from MORRIS who was utilizing email dmaz1046@gmail.com and telephone number 313-XXX-3031.

4.      AV is a former federal prosecutor with the United States Department of Justice and served as the United States Attorney for the Eastern District of Michigan prior to his current employment. AV is not aware of who MORRIS is and has not represented or prosecuted him in the past.

5. On Sunday, April 5, 2026, MORRIS sent his first email to AV. Unaware of MORRIS' identity and unfamiliar with the content of MORRIS' email, AV did not respond. After sending the email, MORRIS left a voicemail at AV's place of employment. MORRIS identified himself and stated, "I've conducted an audit of something under your primary development, and I need to advise you of the results of this audit." AV did not respond. MORRIS followed this initial contact with hundreds of additional emails, which he sent to AV at all hours of the day and night.

6. In mid-April 2026, MORRIS sent a letter to AV's office in Detroit, Michigan. The envelope listed a return address of XXX Mayflower Ave, Lincoln Park, Michigan, and phone number 313-XXX-3031. A law enforcement information network query confirmed MORRIS' relationship to the Mayflower address.



7. In his emails to AV, MORRIS referenced specific, unique details about AV, such as AV's potential relationship with the President of the United States, and a prior instance in which AV suffered a broken leg.

8.      Between Sunday, May 3, 2026, and Monday, May 4, 2026, MORRIS sent multiple emails to AV. Below is a sample of some of the messages:

| | |
|---|---|
| **From:** | David Morris <dmaz1046@gmail.com> |
| **Sent:** | Sunday, May 3, 2026 2:33 AM |
| **To:** | ██████████████ |
| **Subject:** | Material: you fuckin coward!! I bet you cried like a little bitch for your mommy when you broke your leg you fuckin parasite!! You scrubbed my email without looking into the man? Scrub this you fuckin leech!! I fuckin know about the weed thing too you ... |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[EXTERNAL EMAIL]

| | |
|---|---|
| **From:** | David Morris <dmaz1046@gmail.com> |
| **Sent:** | Sunday, May 3, 2026 4:50 AM |
| **To:** | |
| **Cc:** | ████████████████ |
| **Subject:** | What's the next step is collect my f****** money. That's the next f****** step or die. f****** trying one way or the other, but these m*********** are paying one. Even if I do die, one way or the other. Oh, no, absolutely not. Absolutely not. They're ... |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[EXTERNAL EMAIL]

| | |
|---|---|
| **From:** | David Morris <dmaz1046@gmail.com> |
| **Sent:** | Sunday, May 3, 2026 5:35 AM |
| **To:** | ████████████ |
| **Subject:** | Be a fuckin man |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[EXTERNAL EMAIL]

I fuckin told you. You fuckin...cunt of a kraut. Im a man of my word!! Are you? Obviously when you have the full weight of the justice behind you. But are you a fuckin man when there's no one there? I know the answer. It's no. Proof of it is you violated my Fourth Amendment rights. You need go to jail. And don't think you can talk your out. Watch this you fuckin scum

| | |
|---|---|
| From: | David Morris <dmaz1046@gmail.com> |
| Sent: | Monday, May 4, 2026 4:03 AM |
| To: | ████████████████████ |
| Cc: | |
| Subject: | Material |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**[EXTERNAL EMAIL]**

Don't scrub  If any more of my transmissions are blocked. Well. Do it and find out what the fuck will happen.  You fuckin whores, pimps and dog fuckers. Pay me what I'm owed

9.      AV filed a police report with a local police department on May 4, 2026. On May 5, 2026, a detective emailed MORRIS and advised MORRIS to stop contacting AV at his place of employment. The detective also made multiple attempts to contact MORRIS via telephone but was unsuccessful. Local law enforcement also attempted to conduct a welfare check on MORRIS, but officers were unable to make contact with MORRIS at the Mayflower residence.

10.      Between May 5, 2026, when officers advised MORRIS to stop contacting AV and May 9, 2026, MORRIS sent AV approximately 129 emails and left AV two voicemails in which MORRIS referenced his communications with local police.

11.      A local police officer spoke with two relatives of MORRIS. The relatives told police that MORRIS was bipolar and had attention deficit disorder. MORRIS is currently living in the basement of the Mayflower address, which is owned by a relative. MORRIS showed one relative an email he sent to AV. The relative advised MORRIS to stop emailing people because he could possibly face criminal charges. MORRIS ignored the relative's warnings.

12.      From April 5, 2026, through May 8, 2026, MORRIS emailed AV approximately 308 times and left approximately 11 voicemails on AV's phone. In multiple voicemails, MORRIS identified himself by name.

13.     The following is a list of dates and communications AV has received from MORRIS:

- April 5: 1 email (first email)

- April 14: 1 voicemail

- April 16: Certified letter sent to AV's place of employment in Detroit

- April 20: 1 voicemail

- April 21: 3 emails

- April 28: 2 emails, 1 voicemail

- May 1: 2 emails

- May 2: 17 emails

- May 3: 83 emails

- May 4: 71 emails, 4 voicemails

- May 5: 125 emails, 2 voicemails

- May 6: 3 emails, 2 voicemails

- May 8: 1 email

- May 12: 1 email

14.     AV is fearful of MORRIS due to the state of MORRIS' mental health and his unpredictability.

## CONCLUSION

15.     Based on the foregoing, there is probable cause that DAVID MORRIS, has violated 18 U.S.C. § 2261A(2) (Cyberstalking).

Respectfully submitted,

*SA Eric Tometich*

Eric Tometich
Special Agent
Federal Bureau of Investigation

Sworn to before me in my presence
and/or by reliable electronic means

Hon. Anthony P. Patti
United States Magistrate Judge

May 13, 2026